IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of the Search of:
The Domain Name(s): 11nfl.com, et al.

ORDER TO UNRESTRICT/UNSEAL

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) the seizure warrant and related documents in this case will become available to the public and not subject to any restriction once they are served;

2) the unsealing will occur upon service without need for further motion from the government or order of the court.

DATED this __29th__ day of __January__, __2014__, ~~20XX~~

BY THE COURT:

_____
Magistrate Judge
DISTRICT OF COLORADO

-1-